RECEIVED JUL 18 2023 Legal Programs Department

SCANNED at LSP and Emailed
7-18-23 by OB  3 pages
date      initials  No.


RECEIVED & Returned JUL 11 2023 U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JEAN PAUL CREPPEL<br>PLAINTIFF | DOC#501207<br>Inmate Number |
| VERSUS | |
| J.R. CASHIO<br>    Defendant#1<br>P. SMITH<br>    Defendant#2<br>CYNTHIYA PARK<br>    Defendant#3 | SUIT NO.: 23-290-SDD-RLB |

### EX PARTE MOTION TO VOLUNTARILY DISMISS COMPLAINT

NOW INTO COURT comes Plaintiff, Jean Paul Creppel/#501207, pro se,[1] in the above titled and numbered civil actions, who respectfully moves this Honorable Court to Dismiss this lawsuit in its entirety for the following reasons, to-wit:

1. Plaintiff moves that suit be dismissed **For Personal Reasons, at his own expense.**:

2. Plaintiff understands fully the legal consequences of moving to have the federal application dismissed against all named Defendants.

3. Plaintiff's reason are understandable: Plaintiff has since filing the federal application, obtained counsel, and from that relationship, it has been determined that filing in a parallel jurisdiction would be the best option under the circumstances.

4. Therefore, Plaintiff moves that suit be adjudged voluntarily dismissed without prejudice.

---

[1] Through assistance from Offender Counsel Substitute ("OCS")-Not admitted to practice.

1

5.  Plaintiff swears under the provisions of 28 U.S.C. § 1746 that everything stated herein is true and correct. Plaintiff acts voluntarily and without any duress or coercion, but desires to dismiss this complaint of his own free will.

6.  Further, Plaintiff by swearing under the provisions of the statute set forth above, Plaintiff prays this Honorable Court construe this motion as an affidavit in support thereof.

WHEREFORE, for the reasons set forth above, Plaintiff voluntarily moves this Honorable Court the complaint without prejudice and at his cost.

Respectfully Submitted on this __6__ day of July, 2023.

*Jean-Paul Creppel*
Jean-Paul Creppel/#501207
Main Prison Ash Unit #1
Louisiana State Penitentiary
17544 Tunica Trace
Angola, LA 70712

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JEAN PAUL CREPPEL
        PLAINTIFF

DOC#501207
Inmate Number

VERSUS

J.R. CASHIO
        Defendant#1

P. SMITH
        Defendant#2

CYNTHIYA PARK
        Defendant#3

SUIT NO.: 23-290-SDD-RLB

## ORDER

IN CONSIDERATION of Plaintiff's Ex Parte Motion to Voluntarily Dismiss his Federal Lawsuit, and the appearance that his is of sound mind and genuinely wishes to withdraw his complaint for the reasons set forth above; this Court finds it is well-founded. Therefore,

IT IS ORDERED, that Plaintiff's "Ex Parte Motion To Voluntarily Dismiss" is GRANTED, with costs being cast against Plaintiff.

SIGNED in Baton Rouge, LA this 6 day of July, 2023.

DISTRICT COURT JUDGE

3