# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JEAN PAUL CREPPEL (#501207)

VERSUS

J.P. CASHIO, ET AL.

CIVIL ACTION

23-290-SDD-RLB

## RULING AND ORDER

This matter is dismissed with prejudice for the following reasons:

The Magistrate Judge recommended dismissal with prejudice.[1] Subsequent to the issuance of the Report and Recommendation, Plaintiff moved for voluntary dismissal.[2]

**IT IS HEREBY ORDERED** that the Plaintiff's Voluntary Motion to Dismiss is hereby granted and this matter is DISMISSED WITH PREJUDICE.

Signed in Baton Rouge, Louisiana the 20 day of July, 2023.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 4.
[2] Rec. Doc. 6.