UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEAN PAUL CREPPEL (#501207)　　　　　　　　　　　CIVIL ACTION

VERSUS

J.P. CASHIO, ET AL.　　　　　　　　　　　23-290-SDD-RLB

RULING

Before the Court is the plaintiff's Motion to Alter or Amend Judgment (R. Doc. 15), wherein the plaintiff requests that the Court vacate its Order (R. Doc. 14) denying his Motion for Leave to Appeal in forma pauperis as deficient. The plaintiff has now filed the required Statement of Account form with all the information needed to assess an initial partial filing fee as required by law. Accordingly,

**IT IS ORDERED** that the plaintiff's Motion (R. Doc. 15) is **GRANTED**, and the Court's Order (R. Doc. 14) is **VACATED** and **WITHDRAWN**.

Now considering the Appellant's application for leave to proceed *in forma pauperis* on appeal (R. Doc. 13),

**IT IS HEREBY ORDERED** that the application for leave to proceed *in forma pauperis* on appeal (R. Doc. 13), pursuant to 28 U.S.C. § 1915, is **DENIED** for the following reason:

　　Pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), for the reasons stated in this Court's Order[1] the Court certifies that the appeal is not taken in good faith.

WHEN PERMISSION TO APPEAL *IN FORMA PAUPERIS* IS DENIED BECAUSE THE COURT CERTIFIES THAT THE APPEAL IS NOT TAKEN IN GOOD FAITH, THE FOLLOWING SECTION SHALL BE COMPLETED.

　　Although this Court has certified that the appeal is not taken in good faith under 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), the applicant may challenge this

---

[1] *See* R. Doc. 10.

finding pursuant to *Baugh v. Taylor*, 117 F.3d 197 (5th Cir. 1997), by filing a separate motion to proceed *in forma pauperis* on appeal, within thirty (30) days of the date of this *Order*, with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit. The cost to file a motion to proceed *in forma pauperis* on appeal with the Fifth Circuit is as calculated below, and if the Appellant moves to proceed *in forma pauperis* in the Court of Appeals, prison authorities will be directed to collect the fees in accordance with the following calculation:

Appellant **JEAN PAUL CREPPEL (#501207)** is assessed an initial partial filing fee in the amount of **$8.15**. The agency having custody of the Appellant shall collect this amount from the Appellant's trust fund account or institutional equivalent, *when funds are available*, and shall forward it to the Clerk of Court for the Middle District of Louisiana.

Thereafter, the Appellant shall pay **$598.33**, the remaining balance of the appellate filing fees, in periodic installments. The Appellant is required to make payments of 20% of the preceding month's income credited to the Appellant's prison account until the Appellant has paid the total filing fees of **$596.85**. The agency having custody of the Appellant shall collect this amount from the Appellant's trust fund account or institutional equivalent, when funds are available and when permitted by 28 U.S.C. § 1915(b)(2) and shall forward such amount to the Clerk of Court for the Middle District of Louisiana.

If the Appellant moves to proceed *in forma pauperis* in the Court of Appeals, the Clerk of Court shall mail or deliver by electronic means a copy of this *Order* to the Plaintiff and to the Centralized Inmate Banking Section for the Louisiana Department of Public Safety and Corrections.

Signed in Baton Rouge, Louisiana, on this 13th day of August, 2024.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**